Steven G. Lisa (Illinois Bar No. 6187348)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel & Fax: (312) 752-4357

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Fax:  (480) 596-7956
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>NBA Properties, Inc., a New York Corporation; )<br>And National Basketball Association, Inc, a  )<br>New York Corporation,  )<br>  )<br>Defendants.  ) | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Helferich Patent Licensing, L.L.C.  Rule 7.1, Federal Rules of Civil Procedure states that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares that there is no such corporation as Plaintiff is a limited liability company and not a nongovernmental corporate party.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: January 17, 2012

                VICTORIA GRUVER CURTIN, P.L.C.

                By:*/s/ Victoria Curtin*
                    Victoria Gruver Curtin
                    14555 North Scottsdale Rd., Ste. 160
                    Scottsdale, Arizona 85254
                    Tel.: (480) 948-3295
                    Fax: (480) 948-3387

                Attorney for Plaintiff