Steven G. Lisa (Ariz. State Bar # 029304)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Tel.: (480) 535-6656
Fax: (480) 535-6628

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> Suns Legacy Partners, LLC, dba Phoenix Suns, a Delaware Limited Liability Company, <br> Defendant. <br><br> Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, <br><br> Plaintiff, <br> vs. <br><br> Phoenix Newspapers, Inc., dba The Arizona Republic, an Arizona Corporation, <br><br> Defendant. | No. 2:12-cv-00100 NVW <br><br> **COPYRIGHT, TRADEMARK OR PATENT INFORMATION** |

Helferich Patent Licensing, L.L.C.,           )
    an Illinois Limited Liability Company,   )
                                             )
                  Plaintiff,                       )
                                          )
    vs.                                       )
                                          )
Nissan Motor Co.,Ltd., a Japanese Corporation; )
Nissan North America, Inc., a California  )
Corporation; and Midway Holdings, Inc., dba  )
Midway Nissan, an Arizona Corporation,    )
                                          )
                 Defendants.               )
Helferich Patent Licensing, L.L.C.,           )
    an Illinois Limited Liability Company,   )
                                          )
                  Plaintiff,                       )
                                          )
    vs.                                       )
                                          )
NBA Properties, Inc., a New York Corporation; )
and National Basketball Association,      )
a New York Joint Venture,                 )
                 Defendants.               )

      Plaintiff Helferich Patent Licensing, LLC ("Helferich") files the "Copyright, Trademark, or Patent Information" set forth below pursuant to the Court's September 13, 2012 Request for Copyright, Trademark, or Patent Information (Dkt. #11).

      More specifically, the following information is provided: (1) an itemized list of each patent or trademark that is the subject of the litigation, (2) the date of each patent or trademark, and (3) the holder of the patent or trademark.

      Plaintiff presently asserts the following issued patents, each of which are members of the Helferich Patent Portfolio set forth on Exhibit A.

1. U.S. Patent No. 8,134,450, titled "Content Provision to Subscribers via Wireless Transmission," issued March 13, 2012.

2. U.S. Patent No. 8,116,741, titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued February 14, 2012.

2

3. U.S. Patent No. 8,107,601, titled "Wireless Messaging System," issued January 31, 2012.

4. U.S. Patent No. 7,835,757 titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued November 16, 2010;

5. U.S. Patent No. 7,499,716, titled "System and Method for Delivering Information to a Transmitting and Receiving Device" issued March 3, 2009.

6. U.S. Patent No. 7,280,838, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued October 9, 2007.

All of the above listed patents are owned by:

> Wireless Science, LLC (an Illinois LLC)
> 9207 Deering Avenue, Suite A
> Chatsworth, CA 91311

Wireless Science, LLC granted an exclusive license of the above listed patents (and the entire Helferich Portfolio including all worldwide enforcement rights) to:

> Helferich Patent Licensing, LLC (an Illinois LLC)
> 60 E. Rio Salado Parkway, Suite 900
> Tempe, AZ  85281

Dated: September 17, 2012

                VICTORIA GRUVER CURTIN, P.L.C.

                By:*/s/ Victoria Curtin*
                    Victoria Gruver Curtin
                    14555 North Scottsdale Rd., Ste. 160
                    Scottsdale, Arizona 85254
                    Tel.:  (480) 948-3295
                    Fax:  (480) 948-3387

                    Attorney for Plaintiff

## **EXHIBIT A**

THE HELFERICH PATENT PORTFOLIO

7. U.S. Patent No. 8,224,294, titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued July 17, 2012.

8. U.S. Patent No. 8,134,450, titled "Content Provision to Subscribers via Wireless Transmission," issued March 13, 2012.

9. U.S. Patent No. 8,116,743, titled "Systems and Methods for Downloading Information to a Mobile Device," issued February 14, 2012.

10. U.S. Patent No. 8,116,741, titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued February 14, 2012.

11. U.S. Patent No. 8,107,601, titled "Wireless Messaging System," issued January 31, 2012.

12. U.S. Patent No. 8,099,046, titled "Method for Integrating Audio and Visual Messaging," issued January 17, 2012.

13. U.S. Patent No. 7,957,695, titled "Method for Integrating Audio And Visual Messaging;" issued June 7, 2011.

14. U.S. Patent No. 7,843,314, titled "Paging Transceivers and Methods for Selectively Retrieving Messages;" issued November 30, 2010;

15. U.S. Patent No. 7,835,757 titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued November 16, 2010;

16. U.S. Patent No. 7,627,305, titled "Systems and Methods for Adding Information to a Directory Stored in a Mobile Device" issued December 1, 2009.

17. U.S. Patent No. 7,499,716, titled "System and Method for Delivering Information to a Transmitting and Receiving Device" issued March 3, 2009.

18. U.S. Patent No. 7,403,787, titled "Paging Transceivers and Methods for Selectively Retrieving Messages" issued July 22, 2008.

19. U.S. Patent No. 7,376,432, titled "Paging Transceivers and Methods for Selectively Retrieving Messages" issued May 20, 2008.

20. U.S. Patent No. 7,280,838, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued October 9, 2007.
21. U.S. Patent No. 7,277,716, titled "Systems and Methods for Delivering Information to a Communication Device," issued October 2, 2007.
22. U.S. Patent No. 7,242,951, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued July 10, 2007.
23. U.S. Patent No. 7,155,241, titled "Systems and Methods for Enabling a User of a Communication Device to Manage Remote Information," issued December 26, 2006.
24. U.S. Patent No. 7,146,157, titled "Systems and Methods for Downloading Audio Information to a Mobile Device," issued December 5, 2006.
25. U.S. Patent No. 7,039,428, titled "System and Method for Delivering Information to a Transmitting and Receiving Device," issued May 2, 2006.
26. U.S. Patent No. 7,003,304, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued February 21, 2006.
27. U.S. Patent No. 6,983,138, titled "User Interface for Message Access," issued January 3, 2006.
28. U.S. Patent No. 6,826,407, titled "System and Method for Integrating Audio and Visual Messaging," issued November 30, 2004.
29. U.S. Patent No. 6,696,921, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communications System," issued February 24, 2004.
30. U.S. Patent No. 6,636,733, titled "Wireless Messaging Method," issued October 21, 2003.
31. U.S. Patent No. 6,462,646, titled "Transmitting and Receiving Devices and Methods for Transmitting Data to and Receiving Data from a Communication System," issued October 8, 2002.

32. U.S. Patent No. 6,459,360, titled "Networks, Communication Systems, Transmitting and Receiving Devices and Methods for Transmitting, Receiving, and Erasing Stored Information," issued October 1, 2002.
33. U.S. Patent No. 6,259,892, titled "Pager Transceivers and Methods for Performing Action on Information at Desired Times," issued July 10, 2001.
34. U.S. Patent No. 6,253,061, titled "Systems and Methods for Delivering Information to a Transmitting and Receiving Device," issued June 26, 2001.
35. U.S. Patent No. 6,233,430, titled "Paging Transceivers and Methods for Selectively Retrieving Messages," issued May 15, 2001.
36. U.S. Patent No. 6,097,941, titled "User Interface for Voice Message Access," issued August 1, 2000.
37. U.S. Patent No. 6,087,956, titled "Paging Transceivers and Methods for Selectively Erasing Information," issued July 11, 2000.
38. U.S. Patent Application No. 13/210, 223, titled "Wireless Messaging Systems and Methods."
39. U.S. Patent Application No. 13/109,437, titled "System and Method for Delivering Information to a Transmitting and Receiving Device."
40. U.S. Patent Application No. 13/109,389, titled "System and Method for Delivering Information to a Transmitting and Receiving Device."
41. U.S. Patent Application No. 12/973,722, titled "Wireless Messaging Systems and Methods."
42. U.S. Patent Application No. 12/267,436, titled "Wireless Messaging System."

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, I electronically transmitted the attached document to the Clerks' Office using the Court's CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent electronically to the following CM/ECF registrants:

Brian W. LaCorte
lacorteb@ballardspahr.com
Donna H. Catalfio
catalfiod@ballardspahr.com
Ballard Spahr, LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004-2555

Hilary L. Preston
hpreston@velaw.com
Vinson & Elkins, LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103

Syed K. Fareed
sfareed@velaw.com
David B. Weaver
dweaver@velaw.com
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746


*/s/ Laura Keller*
Laura Keller