**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helferich Patent Licensing, LLC, | No. CV-11-02304-PHX-NVW |
| Plaintiff, | **Consolidated with:** |
| vs. | |
| Suns Legacy Partners, LLC, et al., | |
| Defendants. | |
| Helferich Patent Licensing, LLC, | No. CV-11-02476-PHX-NVW |
| Plaintiff, | |
| vs. | |
| Phoenix Newspapers, Inc., | |
| Defendant. | |
| Helferich Patent Licensing, LLC, | No. CV-12-00060-PHX-NVW |
| Plaintiff, | |
| vs. | |
| Nissan Motor Company, Ltd., et al., | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | Helferich Patent Licensing, LLC, )  | No. CV-12-00100-PHX-NVW |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | vs. ) | **AMENDED (to revise Doc. 163)** |
| 4 | ) | **ORDER** |
| | NBA Properties, Inc., et al., ) | |
| 5 | ) | |
| | Defendants. ) | |
| 6 | ) | |
| | ) | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 162) and good cause appearing,

IT IS ORDERED granting the parties' Stipulation of Dismissal (Doc. 162).

IT IS FURTHER ORDERED dismissing Defendants NBA Properties, Inc., National Basketball Association, Inc., and Suns Legacy Partners, LLC, with prejudice, each party to bear their own attorneys' fees and costs.

The Clerk shall terminate CV-12-00100-PHX-NVW.

DATED this 7th day of March, 2013.

Neil V. Wake
United States District Judge